IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARY WOOLEY**                                                    **PLAINTIFF**

v.                   Case No.  4:22-cv-00997-LPR

**THE CATO CORPORATION,**
**JOHN DOES 1-3; AND**
**JOHN DOE ENTITIES 1-3**                              **DEFENDANTS**

## **ORDER**

The Clerk is directed to reassign the above styled case, currently assigned to the docket of Judge Lee P. Rudofsky. This case could have a direct or significant indirect effect on one of the entities listed on Judge Rudofsky's recusal list.

IT IS SO ORDERED this 17th day of October 2022.

                                             AT THE DIRECTION OF THE COURT
                                           TAMMY H. DOWNS, CLERK

                                           BY: <u>Heather Clark</u>
                                                Courtroom Deputy to
                                                U.S. District Judge Lee P. Rudofsky