UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARY WOOLEY                                                                                         PLAINTIFF

V.                              Case No. 4:22-cv-00997 BSM

THE CATO CORPORATION, JOHN
DOES 1-3, AND JOHN DOE ENTITIES 1-3                                              DEFENDANT

## AGREED PROTECTIVE ORDER

Defendant has requested a protective order concerning Plaintiff's discovery requests submitted in this litigation regarding certain internal documentation and operational procedures manuals. From consideration thereof, and other matters of record herein, the Court finds as follows:

1. Pursuant to the Court's authority under Fed. R. Civ. P. 26(c), a protective order should be issued with regard to the production by the Defendant of certain internal documents and operational procedures manuals in connection with this litigation. Defendant contends that the above-referenced documentation contains confidential and privileged, proprietary and commercial information for which it has a vested financial interest.

2. The Confidential documents at issue in this Order shall be designated or labeled as "Confidential," prior to production in discovery for purposes of identification.

3. The Confidential documents are to be used for purposes of this litigation only. Furthermore, they shall not be disclosed by Plaintiff, counsel or representatives, or witnesses to any person other than counsel for the parties and their employees and agents actively engaged in the conduct of this litigation, any witnesses in this case that will be deposed or testify at trial, and any experts retained for the purpose of assisting counsel in trial preparation, all of whom shall be advised of this Order prior to disclosure. The provisions of this Order shall not terminate at the conclusion of this action.

4. Within 120 days after final conclusion of all aspects of this litigation and upon written request from the Defendant, all Confidential documents shall be returned to Defendant and a certificate made by Plaintiff's counsel of compliance herewith and delivered to Defendant's counsel.

5. Any pleading or exhibit filed with the Court containing the Confidential documents referenced herein, will be filed under seal as to that portion of the pleading and/or exhibit.

6. This Order does not constitute a finding that the Confidential documents are relevant or otherwise admissible at trial. This order does not constitute a finding that Defendant has waived any objections to the authenticity, relevance or other objections to admissibility of the files at trial; nor does it constitute a finding that Defendant waived any objections to the production of the same or similar information which may be sought in other litigation or proceedings.

IT IS SO ORDERED this 10th day of February, 2023.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE

**ORDER PREPARED BY:**

**ANDERSON, MURPHY & HOPKINS, L.L.P.**
101 River Bluff Drive, Suite A
Little Rock, Arkansas 72202-2267
Telephone:	501-372-1887
Facsimile:	501-372-7706
Email:	campbell@amhfirm.com

By:	/s/ Jason J. Campbell
JASON J. CAMPBELL
  BAR NO. 2001119


**ORDER APPROVED BY:**

**RAINWATER, HOLT & SEXTON, P.A.**
P.O. Box 17250
Little Rock, AR 72222
Telephone:	70501-868-2500
Facsimile:	501-868-2505
Email:	logan@rainfirm.com

By:	/s/ Jake Logan
JAKE LOGAN
  BAR NO. 2016133